# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 5:19-cv-02421-DMG (SK) |
| Title | Charlie B. Bells Jr. et al. v. Groves et al. |
| Date | July 9, 2021 |

Present: The Honorable **Steve Kim, United States Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's opposition to Defendant's motion to dismiss or for summary judgment is past due. He is thus ordered to show cause by August 9, 2021, why his complaint should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 41-1; *see also* L.R. 7-12 (failure to oppose a motion to dismiss "may be deemed consent to the granting of the motion"). Plaintiff may discharge this order by filing his opposition no later than August 9, 2021. If Petitioner wishes to voluntarily dismiss his complaint instead, he may do so by filing the attached notice of voluntary dismissal. Failure to file a timely opposition to Defendant's motion to dismiss, a timely notice of voluntary dismissal, or other timely response to this order may serve as another basis to dismiss this action for lack of prosecution.

**IT IS SO ORDERED.**