UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:19-CV-02421-DMG (SK)                                          Date: November 23, 2021

Title   Charlie B. Bells Jr. et al. v. Groves et al.

Present: The Honorable:   Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE**

   Plaintiff has been given four extensions of time to oppose Defendant Groves's motion to dismiss his complaint (or, alternatively for summary judgment). (*See* ECF 73, 76, 83, 88). As of the last extension he was granted, Plaintiff's opposition was due on November 8, 2021. (*See* ECF 88).

   Plaintiff is thus ordered to show cause by **Wednesday, December 22, 2021** why Defendant Groves's motion to dismiss should not be granted for Plaintiff's failure to file a timely opposition. *See* L.R. 7-12 (failure to oppose a motion to dismiss "may be deemed to consent to the granting" of the motion).

   **IT IS SO ORDERED.**