JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLE B. BELLS, JR.,<br><br>     Plaintiff,<br><br>  v.<br><br>GROVES et al.,<br><br>     Defendants. | CASE NO. 5:19-cv-02421-DMG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for lack of prosecution and failure to obey court orders, **IT IS ADJUDGED** that this action is dismissed WITH PREJUDICE.

DATED:  February 10, 2022

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE